PS 8C
(05/08)

June 5, 2008

## UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA
### Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Montiel-Martinez, Lizett (English)          **Dkt No.:** 08MJ8457PCL-002

**Reg. No.:** 06347-298

**Name of Judicial Officer:** The Honorable Peter C. Lewis, U.S. Magistrate Judge

**Next Court Date:** June 5, 2008, at 1;30 p.m. for Preliminary Hearing before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Charged Offense:** 21 USC 952 and 960-Importation of 25.42 Kilograms of Marijuana

**Date Conditions Ordered:** May 22, 2008, before the Honorable Peter C. Lewis, U.S. Magistrate Judge

**Conditions of Release:** Restrict travel to Southern District of California; do not enter Mexico; report for supervision to the Pretrial Services Agency (PSA) as directed by the assigned Pretrial Services Officer and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court; not possess or use any narcotic drug or other controlled substance as defined in 21 U.S.C.§ 802, without a lawful medical prescription; not possess any firearm or other dangerous weapon or explosive device; Provide the court a current residence address and telephone number prior to release from custody and keep it current while the case is pending; submit to treatment, and/or testing, as specified by the Pretrial Services Officer for drug or alcohol abuse; and actively seek and maintain full-time employment, schooling, or combination both.

**Date Released on Bond:** May 30, 2008

**Asst. U.S. Atty.:** John F. Weis                    **Defense Counsel:** Timothy R. Garrison of Federal Defenders
              (760) 370-0893                                              (619) 234-8467

**Prior Violation History:** None.



FILED

JUN - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  EF                    DEPUTY

PS 8C
(05/08)

Name of Defendant: Montiel-Martinez, Lizett                                June 5, 2008
Docket No.: 08MJ8457PCL-002

---

# PETITIONING THE COURT

## TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATION

The Pretrial Services Officer believes the defendant has violated the following condition of pretrial release:

| CONDITION | ALLEGATION OF NONCOMPLIANCE |
|---|---|
| **(Standard/Special Condition)** Not possess or use any narcotic drug or controlled substance, (defined in 21 USC 802) without a lawful medical prescription. | 1. The urinalysis sample provided by the defendant on June 3, 2008, tested positive for methamphetamine use. |

***Grounds for Revocation:*** I received and reviewed written laboratory notification from the U.S. Pretrial Services laboratory which confirms the urine sample provided by the defendant at U.S. Pretrial Services on June 3, 2008, tested positive for methamphetamine use. The defendant further admitted using methamphetamine on June 1, 2008.

PS 8C
(05/08)

Name of Defendant: Montiel-Martinez, Lizett                                June 5, 2008
Docket No.: 08MJ8457PCL-002

---

## SUPERVISION ADJUSTMENT

Ms. Montiel-Martinez commenced pretrial release on May 30, 2008, and two days after her release she used methamphetamine. The defendant is unemployed and is not attending school at this time. However, she notes she has enrolled at the Adult Education School in Brawley, California, and is looking for employment. Criminal computerized record checks reveal no violations for the defendant. As the defendant violated her conditions of release shortly after her release on bail, her supervision adjustment is considered very poor.

## RECOMMENDATION/JUSTIFICATION

Ms. Montiel-Martinez's behavior clearly demonstrates her failure to take supervision seriously and her blatant disregard towards the judicial system. The defendant appears to have taken advantage of the Court's generosity and her illicit drug use while on bond has placed her life and the life of others in danger. In light of this information, Pretrial Services recommends your Honor summon the defendant to appear in Court and address the allegation on June 5, 2008, at 1:30 p.m.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on: June 5, 2008

Respectfully submitted:                                Reviewed and approved:
LORI A. GAROFALO
CHIEF PRETRIAL SERVICES OFFICER

by _____                               _____
   Arturo Montaño                                       Carlos Gutiérrez
   U.S. Pretrial Services Officer                       Supervising U.S. Pretrial Services Officer
   (760) 335-3436
   Place: El Centro, California

PS 8C
(05/08)

Name of Defendant: Montiel-Martinez, Lizett    June 5, 2008
Docket No.: 08MJ8457PCL-002

## THE COURT ORDERS:

**✓** AGREE, cite the defendant to appear on June 5, 2008, at 1:30 p.m.

_____ Other _____

_____

_____

_[signature]_                                           6-5-08
Peter C. Lewis                                          Date
U.S. Magistrate Judge