# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED

UNITED STATES OF AMERICA )   CASE NUMBER __08CR2017-JAH__
                        )                 __08mj8457__
vs                      )   ABSTRACT OF ORDER
                        )   
                        )   Booking No. __0634798__
__Lizett Montiel-Martinez__ )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __6-17-08__

the Court entered the following order:

__✓__ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

__✓__ Defendant released on $__20,000 p/s__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE
OR
W. SAMUEL HAMRICK, JR.   Clerk
by __J. Flores__
Deputy Clerk

Received __[signature]__ DUSM

Crim-9   (Rev 6-95)                        ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY